**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ONYX WHITE et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS et al.,<br><br>Defendants. | C.A. NO. 1:26-CV-10046 |

**COMMONWEALTH DEFENDANTS' MOTION TO DISMISS**

Defendants, Commonwealth of Massachusetts ("Commonwealth"), Massachusetts State Police ("MSP"), Massachusetts Registry of Motor Vehicles ("RMV"), Massachusetts Trial Court ("Trial Court"), and Massachusetts Parole Board ("MAPB," collectively with MSP, RMV, Trial Court, the "State Agencies" and State Agencies collectively with Commonwealth, the Commonwealth Defendants) respectfully move to dismiss Plaintiffs' complaint against them in its entirety. The complaint must be dismissed as to the Commonwealth Defendants for two reasons. First, because under the doctrine of sovereign immunity, this Court has no jurisdiction over Plaintiffs' claims against them and the matter must be dismissed pursuant to Fed. R. Civ. P. 12(b)(1). Second, the complaint is utterly devoid of any factual allegations relating to the Commonwealth Defendants and thus contains insufficient factual matter to state a claim against any of them. Accordingly, the complaint must be dismissed against them pursuant to Fed. R. Civ. P. 12(b)(6).

For additional arguments in support of dismissal, the Commonwealth Defendants rely on their memorandum of law, filed herewith.

WHEREFORE, Defendants Commonwealth of Massachusetts, Massachusetts State Police, Massachusetts Registry of Motor Vehicles, Massachusetts Trial Court, and Massachusetts Parole Board respectfully request that the Plaintiffs' complaint be dismissed against them in its entirety.

Respectfully Submitted,

Defendants,

COMMONWEALTH OF MASSACHUSETTS,
MASSACHUSETTS STATE POLICE,
MASSACHUSETTS REGISTRY OF MOTOR VEHICLES, MASSACHUSETTS TRIAL COURT,
and MASSACHUSETTS PAROLE BOARD

By their attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*<u>/s/ Dayana Donisca</u>*
Dayana Donisca (BBO # 709120)
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place
Boston, MA 02108
(617) 963-2569
dayana.donisca3@mass.gov

Date: October 8, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on October 8, 2026.

Onyx White, *pro se*
670 Utoy Court
Jonesboro, GA 30328

Sincere NorthCross, *pro se*
27 Hartford Street
Boston, MA 02125

*<u>/s/ Dayana Donisca</u>*
Dayana Donisca
Assistant Attorney General