**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ONYX WHITE et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS et al.,<br><br>Defendants. | C.A. NO. 1:26-CV-10046 |

**DEFENDANTS' MELINDA RIDORE AND BRENDAN KIRBY'S MOTION TO DISMISS**

Defendants Probation Officer Melinda Ridore ("Ridore") and Assistant Chief Probation Officer Brendan Kirby ("Kirby") respectfully move to dismiss Plaintiffs' complaint against them in its entirety. The complaint must be dismissed as to Ridore and Kirby for three reasons. First, because the Defendants are immune from suit under the Eleventh Amendment, this Court has no jurisdiction over Plaintiffs' claims against them and the matter must be dismissed pursuant to Fed. R. Civ. P. 12(b)(1).Second, the complaint is utterly devoid of any factual allegations relating to the Defendants and thus must be dismissed against the Defendants pursuant to Fed. R. Civ. P. 12(b)(6). Finally, even if Plaintiffs have pled viable claims against Ridore and Kirby in their individual capacities, dismissal would nevertheless be required because the Defendants have qualified immunity from suit on these claims.

For additional arguments in support of dismissal, the Defendants rely on their memorandum of law, filed herewith.

WHEREFORE, Defendants Probation Officer Melinda Ridore and Assistant Chief Probation Officer Brendan Kirby respectfully request that the Plaintiffs' complaint be dismissed against them in its entirety.

Respectfully Submitted,

Defendants,

MELINDA RIDORE (in her official and individual capacity) AND BRENDAN KIRBY (in his official and individual capacity),

By their attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*<u>/s/ Dayana Donisca</u>*
Dayana Donisca (BBO # 709120)
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place
Boston, MA 02108
(617) 963-2569
dayana.donisca3@mass.gov

Date: October 21, 2026

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on October 21, 2026.

Onyx White, *pro se*
670 Utoy Court
Jonesboro, GA 30328

Sincere NorthCross, *pro se*
27 Hartford Street
Boston, MA 02125

*<u>/s/ Dayana Donisca</u>*
Dayana Donisca
Assistant Attorney General