**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ONYX WHITE and SINCERE NORTHCROSS<br>Plaintiffs<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS, CITY OF STURBRIDGE, MASSACHUSETTS STATE POLICE MASSACHUSETTS REGISTRY OF MOTOR VEHICLES, MASSACHUSETTS PAROLE BOARD, BOSTON SUFFOLK SUPERIOR COURT PROBATION DEPARTMENT, BOSTON MUNICIPAL COURT JUVENILE PROBATION DEPARTMENT, TROOPER YASMIN P. SOBRINHO, TROOPER CHRISTOPHER TOBIN, PROBATION OFFICER MELINDA RIORDAN, PROBATION OFFICER CURBY, STATE TROOPER INVESTIGATOR JOHN BANIK JOHN DOES (SUFFOLK SUPERIOR PROBATION SUPERVISORS) 1-10<br>Defendants | ) | CA. No. 26-10046 |

**DEFENDANT CITY OF STURBRIDGE'S MOTION TO DISMISS THE PLAINTIFFS, ONYX WHITE'S AND SINCERE NORTHCROSS' COMPLAINT**

NOW COMES the defendant the City of Sturbridge (herein "Sturbridge") in the above-entitled matter and hereby moves this Honorable Court to dismiss the Plaintiff, Onyx White's and Plaintiff, Sincere Northcross' Complaint. As reason therefore, Sturbridge states that the plaintiffs have failed to state a claim against the said defendant Sturbridge upon which relief can be granted and that judgment should enter in favor of Sturbridge on the plaintiffs' Complaint as a matter of law.

In support thereof, the defendant, Sturbridge relies upon the attached Memorandum In Support Of Defendant City of Sturbridge's Motion to Dismiss the Plaintiffs' Complaint.

STURBRIDGE, MA
BY ITS ATTORNEY,

/s/ *Courtney E. Mayo*
Courtney E. Mayo, Esquire
BBO # 657790
cmayo@hassettdonnelly.com
Hassett & Donnelly, P.C.
446 Main Street - 12th Floor
Worcester, MA 01608
Phone: (508) 791-6287

October 26, 2026

**CERTIFICATION OF CONSULTATION**

The undersigned states that in accordance with Local Rule 7.1 of the United States District Court that the parties conferred in advance of the filing of the within motion in an effort to resolve or narrow the issues addressed in this motion before filing.

/s/ *Courtney E. Mayo*
Courtney E. Mayo, Esquire

**CERTIFICATE OF SERVICE**

I, Courtney E. Mayo, counsel of record for defendant Sturbridge, MA in this action, do hereby certify that I have served a copy of the foregoing through the Electronic Case Filing System to all parties this 26th day of October 2026 including:

Mr. Onyx White
27 Hartford Street
Boston, MA 02125
Ogtlwhite3@gmail.com

Attorney Dayana Donisca
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Dayana.Donisca3@mass.gov

/s/ *Courtney E. Mayo*
Courtney E. Mayo, Esquire