**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ONYX WHITE and SINCERE NORTHCROSS<br>Plaintiffs<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>CITY OF STURBRIDGE,<br>MASSACHUSETTS STATE POLICE<br>MASSACHUSETTS REGISTRY OF MOTOR VEHICLES, MASSACHUSETTS PAROLE BOARD, BOSTON SUFFOLK SUPERIOR COURT PROBATION DEPARTMENT, BOSTON MUNICIPAL COURT JUVENILE PROBATION DEPARTMENT, TROOPER YASMIN P. SOBRINHO, TROOPER CHRISTOPHER TOBIN, PROBATION OFFICER MELINDA RIORDAN, PROBATION OFFICER CURBY, STATE TROOPER INVESTIGATOR JOHN BANIK JOHN DOES (SUFFOLK SUPERIOR PROBATION SUPERVISORS) 1-10<br>Defendants | ) | CA. No. 26-10046 |

**<u>MEMORANDUM IN SUPPORT OF DEFENDANT, CITY OF STURBRIDGE'S MOTION TO DISMISS THE PLAINTIFFS ONYX WHITE'S AND SINCERE NORTHCROSS' COMPLAINT</u>**

In support of its Motion to Dismiss, the defendant, City of Sturbridge[1] (herein "Sturbridge" or "defendant"), states as follows:

## I. BACKGROUND

The plaintiffs, Onyx White and Sincere Northcross (herein "plaintiffs") filed the within action on January 7, 2026 alleging, *inter alia*, a deprivation of civil rights related to an April 9, 2025 traffic stop initiated by the Massachusetts State Police. According to the Complaint, the plaintiffs were traveling on a highway in Massachusetts when defendant, State Trooper Yasmin P. Sobrinho pulled the plaintiffs over for alleged speeding and other motor vehicle infractions. *See* Complaint (ECF Doc. 1). The plaintiffs allege that as a result of the subject traffic stop, they

were victims of fabricated police reports, false arrest, retaliatory administrative actions, false probation and parole. *Id*. According to the exhibits attached to the Complaint, the traffic stop occurred in Sturbridge, MA on I-84 westbound, however there are no allegations contained in the four corners of the plaintiffs' Complaint that suggest wrongful conduct by the Town of Sturbridge or its employees. For this reason, the Town of Sturbridge, MA moves to dismiss the plaintiffs' Complaint against it for failure to state a claim upon which relief can be granted.

## II. DISCUSSION

To survive a motion to dismiss pursuant to Rule 12(b)(6), a pleading "must contain factual allegations sufficient 'to raise a right to relief above the speculative level'." *Charters v. John Hancock Life Ins. Co*., 583 F. Supp. 2d 189, 193 (D. Mass. 2008) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)). The Court must review the allegations and determine whether the facts, if taken as true, "are sufficient to support 'the reasonable inference that the defendant is liable for the misconduct alleged'." *Sequin v. Renk*, Case No. 20-62WES, 2021 U.S. Dist. LEXIS 6452, at *13-14 (D.R.I. 2021) (quoting *Haley v. City of Boston*, 657 F.3d 39, 46 (1st Cir. 2011)). At the motion to dismiss stage, the Court's primary focus is on the allegations contained in the Complaint. *See Carrero-Ojeda v. Autoridad de Energia Electrica*, 755 F.3d 711, 716 (1st Cir.2014) (citing *Maloy v. Ballori-Lage*, 744 F.3d 250, 251 (1st Cir.2014). The Court's sole inquiry is whether, construing the facts of the Complaint in the light most favorable to the plaintiff, the Complaint states a claim upon which relief can be granted. *Id*. (citing *Ocasio-Hernadez v. Furtuno-Burset*, 640 F.3d 1, 7 (1st Cir.2011); Fed. R. Civ. P. 12(b)(6)).

The plaintiffs' Complaint against the Town of Sturbridge must be dismissed for failure to state a claim against the Town. *See id*. Neither the Town of Sturbridge nor any of its agents or

---

[1] Sturbridge, MA is a Town in the Commonwealth.

employees are alleged to have been involved in any of the allegations contained in the plaintiffs' Complaint. In fact, on page two of the plaintiffs' Complaint, the plaintiffs do not mention the Town of Sturbridge as a party to the Complaint under their section III entitled "PARTIES". The plaintiffs were driving on a state road – Interstate 84. There is no allegation that the Town of Sturbridge controlled the roadway. The plaintiffs were stopped by Massachusetts State Troopers. There is no allegation that the Town of Sturbridge assisted the Massachusetts State Police. There are no allegations contained in the Complaint that the Sturbridge Police Department appeared on scene or otherwise assisted in the traffic stop in any manner. Plaintiff White was arrested by the State Police and prosecuted in the Dudley District Court. According to the Complaint, plaintiff White had additional difficulties in the Suffolk Superior Court, Juvenile Court and the Registry of Motor Vehicles. There is no allegation that the Town of Sturbridge was involved in any of these alleged wrongdoings by the police, the Courts or any administrative agency of the Commonwealth. Other than the traffic stop physically occurring in Sturbridge, MA there appears to be no connection between the allegations contained in the plaintiffs' Complaint and the Town of Sturbridge.

**III. CONCLUSION**

For the reasons outlined above, the defendant Sturbridge, MA requests this Honorable Court DISMISS the plaintiffs, Onyx White's and Sincere Northcross' Complaint against it.

STURBRIDGE, MA
BY ITS ATTORNEY,

/s/ *Courtney E. Mayo*
Courtney E. Mayo, Esquire
BBO # 657790
cmayo@hassettdonnelly.com
Hassett & Donnelly, P.C.
446 Main Street - 12th Floor
Worcester, MA 01608
Phone: (508) 791-6287

October 26, 2026

**CERTIFICATION OF CONSULTATION**

The undersigned states that in accordance with Local Rule 7.1 of the United States District Court that the parties conferred in advance of the filing of the within motion in an effort to resolve or narrow the issues addressed in this motion before filing.

/s/ *Courtney E. Mayo*
Courtney E. Mayo, Esquire

**CERTIFICATE OF SERVICE**

I, Courtney E. Mayo, counsel of record for defendant Sturbridge, MA in this action, do hereby certify that I have served a copy of the foregoing through the Electronic Case Filing System to all parties this 26th day of October 2026 including:

Mr. Onyx White
27 Hartford Street
Boston, MA 02125
Ogtlwhite3@gmail.com

Attorney Dayana Donisca
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Dayana.Donisca3@mass.gov

*/s/ Courtney E. Mayo*
Courtney E. Mayo, Esquire