UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ONYX WHITE and SINCERE NORTHCROSS,
Plaintiffs,

v.

CIVIL ACTION NO. 1:26-cv-10046-DJC

THE COMMONWEALTH OF MASSACHUSETTS; CITY OF STURBRIDGE; MASSACHUSETTS STATE POLICE; MASSACHUSETTS REGISTRY OF MOTOR VEHICLES; MASSACHUSETTS PAROLE BOARD; BOSTON SUFFOLK SUPERIOR COURT PROBATION DEPARTMENT; BOSTON MUNICIPAL COURT JUVENILE PROBATION DEPARTMENT; TROOPER YASMIN P. SOBRINHO, Badge #4833; TROOPER CHRISTOPHER TOBIN; PROBATION OFFICER MELINDA RIORDAN; PROBATION OFFICER CURBY; STATE TROOPER INVESTIGATOR JOHN BANIK; JOHN DOES (SUFFOLK SUPERIOR PROBATION SUPERVISORS) 1-10,
Defendants.

**DEFENDANT YASMIN P. SOBRINHO'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO SERVE COMPLAINT (DOC. NO. 44)**

In response to Plaintiff's request for additional time to serve Tpr. Yasmin Sobrinho,[1] the following is offered:

On November 3, 2026, undersigned counsel, on behalf of Tpr. Sobrinho Silva executed a Waiver of the Service of Summons and transmitted it to Plaintiff Onyx White. Counsel advised Mr. White that all he needed to do was to file the Waiver and he would no longer need to serve Tpr. Sobrinho Silva. Although the Waiver would grant Tpr. Sobrinho until January 4, 2027 to

[1] A Notice of Change of Name has been filed on behalf of Tpr. Sobrinho who know is known as Yasmin Sobrinho Silva.

file a response, it is anticipated Tpr. Sobrinho's initial response will be filed by the end of November, in keeping with the deadline established for Tpr. Christopher Tobin.

Tpr. Sobrinho does not object to Plaintiff being granted a uniform response date to all of the motions to dismiss that have been or will be filed.

Respectfully submitted
For the Defendant,
YASMIN SOBRINHO SILVA,
Formerly YASMIN P. SOBRINHO,
By her attorneys,

ROGAL & DONNELLAN, P.C.

/s/ Joseph G. Donnellan

Joseph G. Donnellan, BBO #558060
100 River Ridge Drive, Suite 203
Norwood, Massachusetts 02062
(781) 255-1200
JDonnellan@RogalandDonnellan.com

November 4, 2026

## CERTIFICATE OF SERVICE

I, Joseph G. Donnellan, hereby certify that I served a copy of the foregoing document to all parties and counsel of record, via ECF, and to those not so registered emailthis 4th day of November 2026.

/s/ Joseph G. Donnellan
Joseph G. Donnellan