UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ONYX WHITE and SINCERE NORTHCROSS, Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 1:26-cv-10046-DJC |
| THE COMMONWEALTH OF MASSACHUSETTS, et al., Defendants. | ) | |

**DEFENDANT YASMIN SOBRINHO SILVA'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), (6), and FED. R. CIV. P. 11**

NOW comes, TROOPER YASMIN SOBRINHO SILVA, a Defendant in the above captioned matter, and moves, pursuant to Fed R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(1), and Fed. R. Civ. P. 11, to dismiss all claims asserted against her in the Complaint as the Plaintiffs, ONYX WHITE ("Mr. White") and SINCERE NORTHCROSS ("Mr. Northcross"), have brought claims against Tpr. Sobrinho Silva that this court lacks the jurisdiction to entertain, and to the extent the Plaintiffs have brought forward any claims that this court has jurisdiction over, they have failed to set forth sufficient facts against the Defendant upon which relief can be granted. Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009). Finally, all of Mr. Northcross's claims should be dismissed for his failure to sign the complaint. See Fed. R. Civ. P. 11.

Plaintiffs' ten count complaint is deficient in that it offers "labels and conclusions" and it amounts to no more than "a formulaic recitation of the elements of a cause of action" which "will not do" to defeat a motion to dismiss. Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).

Tpr. Sobrinho Silva also moves to dismiss Plaintiffs' complaint under the defense of qualified immunity, absolute immunity, and police privilege. Tpr. Sobrinho Silva is entitled to qualified immunity in that her actions, as alleged, did "not violate clearly established statutory or

constitutional rights of which a reasonable person would have known." Pearson v. Callahan, 555 U.S. 223, 231 (2009).

As further grounds, the Defendant relies upon the attached Memorandum of Law filed in support of this Motion.

Respectfully submitted,

The Defendant,
YASMIN SOBRINHO SILVA,
By her attorneys,
ROGAL & DONNELLAN, P.C.

/s/ Joseph G. Donnellan

Joseph G. Donnellan, BBO# 558060
100 River Ridge Drive, Suite 203
Norwood, Massachusetts 02062
(781) 255-1200
jdonnellan@rogalanddonnellan.com

**November 22, 2026**

## CERTIFICATE OF SERVICE

I, Joseph G. Donnellan, hereby certify that I served a copy of the foregoing NOTICE OF APPEARANCE to all counsel of record, via ECF, and to those not so registered via 1st Class U.S. Mail, postage prepaid this 22nd day of November 2026.

/s/ Joseph G. Donnellan
Joseph G. Donnellan