UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ONYX WHITE and SINCERE NORTHCROSS,<br>Plaintiffs,<br><br>v.<br><br>THE COMMONWEALTH OF MASSACHUSETTS; CITY OF STURBRIDGE; MASSACHUSETTS STATE POLICE; MASSACHUSETTS REGISTRY OF MOTOR VEHICLES; MASSACHUSETTS PAROLE BOARD; BOSTON SUFFOLK SUPERIOR COURT PROBATION DEPARTMENT; BOSTON MUNICIPAL COURT JUVENILE PROBATION DEPARTMENT; TROOPER YASMIN P. SOBRINHO, Badge #4833; TROOPER CHRISTOPHER TOBIN; PROBATION OFFICER MELINDA RIORDAN; PROBATION OFFICER CURBY; STATE TROOPER INVESTIGATOR JOHN BANIK; JOHN DOES (SUFFOLK SUPERIOR PROBATION SUPERVISORS) 1-10,<br>Defendants. | ) | CIVIL ACTION NO. 1:26-cv-10046-DJC |

**DEFENDANT TROOPER CHRISTOPHER TOBIN'S MOTION TO DISMISS PURSUANT TO FED R. Civ. P. 12(b) (1), (6) and Fed R. Civ. P. 11**

NOW COMES the Defendant Massachusetts State Trooper Christopher Tobin ("Tpr. Tobin") and hereby respectfully move this Court for Dismissal, pursuant to Federal Rules of Civil Procedure 12(b)(1), R. 12(b)(6) and Fred. R. Civ. P. 11 to dismiss Plaintiffs' complaint. Plaintiffs have failed to assert a claim for which relief can be granted. In addition, all of Mr. Northcross' claims should be dismissed for failure to sign the complaint.

In support of this motion, Tpr. Tobin submits the attached memorandum of law setting forth his arguments for dismissal.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendant Trooper Christopher Tobin respectfully requests oral argument on this Motion.

Respectfully submitted,
Tpr. Christopher Tobin,
by his Attorneys,

/s/ Daniel J. Moynihan
Daniel J. Moynihan (BBO #546346)
Law Office of Daniel J. Moynihan, P.C.
271 Main Street, Suite 302
Stoneham, MA 02180
(781) 438-8800
moynihanlaw@verizon.net

Date: 11/22/26

**CERTIFICATE OF SERVICE**

I, Daniel J. Moynihan, hereby certify that on this 22d day of November 2026, the foregoing Motion to Dismiss was served on all parties by means of electronic filing via the Electronic Case Filing (ECF) system.

Signed under pains & penalties of perjury:

/s/ Daniel J. Moynihan
Daniel J. Moynihan, Esq.